**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 99 WAL 2023
:
Respondent    :
:
:    Petition for Allowance of Appeal
:    from the Order of the Superior Court
v.    :
:
:
MARK ANTHONY MARTIN,    :
:
Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.